UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cr-133-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| **vs.** | **)** | **ORDER** |
| | **)** | |
| **JADARIUS CONNELL POTTS**, | **)** | |
| | **)** | |
| Defendant. | **)** | |

THIS MATTER is before the Court on Defendant's Motion to Revoke Detention Order. (Doc. No. 21).

## ORDER

IT IS, THEREFORE, ORDERED that within 20 days the Government shall file a response to Defendant's motion.

Signed: October 17, 2024

Max O. Cogburn Jr
United States District Judge

1