UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO.: 3:24-cr-133 |
| v. ) | |
| ) | FACTUAL BASIS |
| JADARIUS CONNELL POTTS ) | |
| a/k/a "BAM" ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the United States's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. Beginning on or about August 23, 2023, and continuing until no later than September 25, 2023, in Mecklenburg County, within the Western District of North Carolina, **JADARIUS CONNELL POTTS a/k/a "BAM"**, did willfully engage in the business of dealing in firearms, in violation of Title 21, United States Code, Sections 841(a)(1). POTTS was the subject of three (3) controlled purchases of firearms that yielded a total of 3 firearms that were sold to law enforcement, via a confidential human source (CHS).

2. On or about August 23, 2023, officers with Charlotte Police Department conducted a controlled purchase of a firearm from **JADARIUS CONNELL POTTS a/k/a "BAM"**, utilizing a CHS. CHS was given $400 US Currency for the transaction. CHS drove to a residence located at 714 Cricketwood Road, in Charlotte. POTTS walked up to the CHS' vehicle and placed the weapon inside the vehicle, before being paid by CHS. The recovered

firearm was was an Omni Tactical .223 pistol (SN: NS349480). An ATF NEXUS examination determined that the firearm affected interstate commerce.

3. Prior to August 23, 2023, **JADARIUS CONNELL POTTS a/k/a "BAM",** was a prohibited person, having previously been convicted of a crime punishable by at least 12 months imprisonment.

4. Prior to August 23, 2023, **JADARIUS CONNELL POTTS a/k/a "BAM",** was aware of his prohibited status.

DENA J. KING
UNITED STATES ATTORNEY

*[signature]*

BRANDON L. BOYKIN
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

*[signature]*

W. Kelly Johnson, Attorney for Defendant

DATED: 10/28/2024